EOD FEB 5 1999

FILED-CLERK
U.S. DISTRICT COURT
99 JAN 27 PM 4: 10
TX EASTERN-BEAUMONT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CLAUDE CIMINO, ET AL. | § | CIVIL ACTION NO. B-86-0456-CA |
| | § | (CLASS ACTION) |
| VS. | § | |
| | § | CIVIL ACTION NOS. B-85-1341-CA |
| | § | B-85-1630-CA |
| | § | B-86-0661-CA |
| | § | B-86-1080-CA |
| | § | B-86-1232-CA |
| | § | B-86-1264-CA |
| | § | B-86-1365-CA |
| | § | B-87-0893-CA |
| | § | B-88-0047-CA |
| | § | (INDIVIDUAL CASES) |
| RAYMARK INDUSTRIES, INC. | § | |
| ET AL. | § | JUDGE SCHELL |

B-86 cv 456

## ORDER

CAME ON to be considered the Phase I Plaintiffs' Motion to Approve Payment of Individual Judgments and to Approve Attorneys' Fees, and the Court, having considered the motion and any arguments of counsel, is of the opinion that the motion should be granted in all things. The Court finds and concludes that the settlement of the Phase I class representatives' individual judgments, to the extent that full satisfaction of a judgment can be considered a settlement, is fair, reasonable and adequate, and that the Acknowledgement of Satisfaction of Judgment does not moot, settle, compromise, or otherwise release any class claims against Pittsburgh Corning Corporation. It is therefore,

ORDERED, ADJUDGED, and DECREED that the payment of the Phase I class representatives' individual judgments is approved. It is further

ORDERED that the plaintiffs' counsel, Reaud Morgan & Quinn, Inc., and the Provost * Umphrey Law Firm, L.L.P., are to receive as their attorneys' fees those percentages of


405

the moneys recovered by the satisfaction of the Phase I class representatives' individual judgments against Pittsburgh Corning Corporation that were agreed to by the plaintiffs in the individual contingent fee contracts. It is further

ORDERED that the plaintiffs' counsel are to be reimbursed out of the Phase I class representatives' individual judgment moneys for any unreimbursed expenses fairly allocable to the prosecution of the Phase I class representatives' claims.

SIGNED this 27th day of January, 1999.

*Richard A. Schell*
UNITED STATES DISTRICT JUDGE

*No opposition filed.*

February 5, 1999

Re:  1:86-cv-00456

Notice sent to:
        Henry G. Garrard III

        George Lucas Ashley
        Raymond Lyn Stevens
        Thomas Walter Umphrey
        Greg Thompson
        Wayne A Reaud
        Roxie Huffman Viator
        Ronald L Motley