FILED
JUL 21 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 16 2011
DAVID J. MALAND, CLERK
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE: ASBESTOS PRODUCTS LIABILITY § 
LITIGATION (NO. VI) §
§ CIVIL ACTION NO. MDL 875
§
THIS DOCUMENT RELATES TO: §

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

E.D. Pa No. 11-60406

| | |
|---|---|
| CLAUDE CIMINO, ET AL § | |
| § | |
| v. § | CIVIL ACTION NO. 86-0456-CA |
| § | |
| RAYMARK INDUSTRIES, INC., ET AL § | |

## ORDER

CAME on to be heard the Motion to Withdraw Funds of Plaintiffs, *Claude Cimino, et al*, and the Court after considering said motion is of the opinion that it should be GRANTED. Therefore,

It is ORDERED, ADJUDGED and DECREED that the funds currently held in the unclaimed funds account, plus any accrued interest, be divided and made payable as follows:

- 70% made payable to Provost & Umphrey, LLP, on behalf of the Provost Umphrey Plaintiffs, 490 Park Street, Beaumont, TX 77701

- 30% made payable to Reaud, Morgan & Quinn, L.L.P., on behalf of the Reaud, Morgan & Quinn Plaintiffs, 801 Laurel Street, Beaumont, TX 77701.

It is ORDERED, ADJUDGED and DECREED that these funds will be distributed for the use and benefits of the Plaintiffs.

July 19, 2011

_____
JUDGE PRESIDING
Eduardo C. Robreno, J.

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 12/16/2011
ATTEST: Tom De____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA